**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDREW PERRONG, on behalf of himself and others similarly situated, | : |
| | : CIVIL ACTION FILE NO. 4:20-cv-40095 |
| Plaintiff, | : |
| v. | : |
| FIVE STAR VENTILATION, INC. and CURTIS PERRY | : |
| Defendants. | : |

The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: April 24, 2022

        PLAINTIFF,
        By his attorneys,

        **/s/ *Anthony I. Paronich***
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com